# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA – MISSOULA DIVISION


APR 07 2025
Clerk, U.S. Courts
District of Montana
Missoula Division

ONIE ROSE KNECHT,
Plaintiff,

vs.

CITY OF MISSOULA,
JACOB COOLIDGE (City Prosecutor),
MUNICIPAL COURT JUDGE (NAME UNKNOWN),
Defendants.

Civil Action No. TBD

**EMERGENCY MOTION FOR INJUNCTIVE RELIEF, QUASHING OF WARRANT, AND FEDERAL INTERVENTION**

NOTICE OF NON-CONSENT, RIGHTS RESERVATION, AND DEMAND FOR MAIL-ONLY APPEARANCE

- Plaintiff withdraws all consent to the jurisdiction of Missoula Municipal Court in case CR-620-2025-000379.

- Plaintiff reserves all rights and protections under UCC 1-308 and the U.S. Constitution.

- Plaintiff invokes the Supremacy Clause (U.S. Const., Art. VI) and demands all participation occur through written filings only.

- Plaintiff refuses to appear in person under threat, coercion, or intimidation.

FACTUAL BASIS

1. Plaintiff filed motions prior to appearance, asserting rights and challenging jurisdiction.

2. The court issued a $0 bond warrant despite no verified complaint or jurisdictional proof.

3. Discovery was denied unless a plea was entered, violating Brady v. Maryland, 373 U.S. 83 (1963).

4. The prosecutor falsely claimed intent is not required, contradicting Morissette v. United States, 342 U.S. 246 (1952).

5. The court implied Plaintiff could not represent herself, violating Faretta v. California, 422 U.S. 806 (1975).

6. The court denied constitutional motions without hearing or review.

AUTOMATIC ACCEPTANCE & REBUTTAL REQUIREMENT

Failure to rebut each factual and legal claim point-by-point, under oath and within time required by law, shall constitute full agreement with this motion and liability for continued violation.

LEGAL AUTHORITY

Filed pursuant to:
- 28 U.S.C. §§ 1331, 1343
- 42 U.S.C. § 1983
- 18 U.S.C. §§ 241, 242
- Brady v. Maryland, 373 U.S. 83 (1963)
- Mathews v. Eldridge, 424 U.S. 319 (1976)
- Faretta v. California, 422 U.S. 806 (1975)
- Goldberg v. Kelly, 397 U.S. 254 (1970)
- Morissette v. United States, 342 U.S. 246 (1952)

PRAYER FOR RELIEF

Plaintiff respectfully requests:
- Immediate injunction halting proceedings in CR-620-2025-000379
- Quashing of the $0 warrant
- Full release of discovery
- Written response or default enforcement
- Any further relief deemed just and proper

Respectfully submitted,

Onie Rose Knecht

P.O. Box 1552

Choteau, MT 59422

(406) 505-0494

04/03/25