## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| ONIE KNECHT,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CITY OF MISSOULA, et al.,<br><br>                    Defendants. | Case No. CV-25-52-M-BMM<br><br>JUDGMENT IN A CIVIL CASE |

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that is case is dismissed without prejudice per Order [6].

Dated this 5th day of November, 2025

TYLER P. GILMAN, CLERK


By:    /s/ M. Stewart
       Deputy Clerk